BENJAMIN B. WAGNER
United States Attorney
OWEN J.M. ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

MAR 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:16-SW-0150 CKD |
|---|---|
| information associated with "youngrider2003@yahoo.com" that is stored at premises controlled by Yahoo! Inc. | ORDER NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF LEGAL PROCESS PURSUANT TO 18 U.S.C. § 2505(b)<br><br>**UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo! Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving the Defendant, William R. Stanley, Jr., the opportunity to destroy or tamper with evidence, or cause evidence to be destroyed or tampered with. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo! Inc. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other

[PROPOSED] ORDER                                             1

1 person, unless and until otherwise authorized to do so by the Court, except that Yahoo! Inc. may
2 disclose the attached warrant to an attorney for Yahoo! Inc. for the purpose of receiving legal advice.
3     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4 ordered by the Court.

Dated: 3/17/2016

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE